Okay, the next case is number 057180, John A. Sennin, against the Secretary of State of Veterans Affairs, Mr. Bolson. David Bolson Good morning, Your Honors. David Bolson on behalf of the appellant, Mr. Sennin, may it please the Court. In considering the one sentence I could utter that would summarize this case in case the case was about, and I think that really gets at the essence of it, the process in this case, we don't think, was in sight when the Board decided the claim of my client for the the essence of this case. It's about the process that was applied by the Board of Veterans' Appeals and approved by the- David Sennin The Court of Veterans' Appeals considered all of the issues that you raised, did it not? David Bolson It talked about the issues, Your Honor. My contention is that the Court basically looked at what the Board did and said, that looks all right. David Sennin But they considered the issues. Doesn't this case then fall under Cook as a case in which you're asking us to apply the law to the facts, which is beyond our jurisdiction? David Bolson Absolutely not, Your Honor. The facts really don't matter. That is, the facts that were found by the Board don't really matter, certainly don't matter to the outcome of this appeal. The Board talked about some of the factors that it's required to talk about under the It's supposed to review a number of factors. And it talked about some of them, and it mentions a piece of evidence here and there, and then it rendered a decision. The Court said, the Veterans' Court said, that's enough. That's all they have to do. We're satisfied that they did the review they're supposed to do. The objection we have is not the facts that they found. We don't have any dispute with the facts that they pointed to, and we really don't know whether we have a dispute with the amount that they eventually arrived at, because we don't know how they got to that amount. And so we don't know whether they applied the factors in the correct manner. The Supreme Court said in Motor Vehicle, in quoting the Burlington case, agencies are supposed to I'm trying to figure out if you've responded to my question. It sounds to me like you're inviting us to go back and reconsider the facts and add and reapply the law to the facts of this case and reach our own judgment, which is, of course, something we cannot do. I completely agree. So I'm struggling to discern whether we have jurisdiction. Why would we have jurisdiction over this case? This is an issue under 7104D1, ultimately. That is, the Court applied, the reasons were based on 7104D1. Of course, so was Cook. Cook was 7104D1. And Cook said, in a circumstance similar to this, where the Veterans Court didn't consider a piece of evidence in the view of the veteran, that that is still application of law to fact. Well, in Cook, Your Honor, the Veterans Court had found that the piece of evidence that the veteran wanted considered by the board wasn't appropriate. So the Court itself had made a determination about the nature of the evidence and had ruled on it. And this Court properly said, we can't look at that question without going back and deciding whether the Court was right about an issue of fact. In the present case, we're not asking for anything to do with the facts that were found by the board. Our objection is that the lines weren't drawn between the facts that were found and the choice that the board made. The rational connection that the Supreme Court requires between the facts found and the choices that the board has made is just not there. That's the essence of this appeal. So what articulation of law would you expect us to state? An order, an instruction that every single number, every single one of certain enumerated factors must be discussed by the Veterans Court or by the board? I think, actually, that is part of the correct application of the regulation. Because the regulation says the board will discuss these factors. And they don't discuss all the factors. They omit one of them entirely. But going beyond that, really, what we would ask this Court to say is— Help me on this. Does the regulation say we'll discuss or we'll consider? Consider. Yeah. All right. I mean, there's a big difference. We hope that we consider the parties' arguments in every case and all of the arguments made, but we frequently don't discuss them in opinions. And that kind of gets into the burn call decision that the government makes. Right. The difference, I think, is that the adjudication of these waiver claims is obviously sort of a fuzzy, discretionary kind of a decision in deciding what equity and good conscience require. And because I think that lends itself to some fuzziness, I think the VA recognized that and has said to the board, as the Veterans Court said in Smith, this standard doesn't stand in isolation. There's a process. The board must go through these factors. It must consider every one of them, and then any others that it thinks bear on the issue. And I submit, Your Honor, we don't know whether the board considered those factors if the board doesn't talk about them. I think, unlike—Burn Clause says you don't have to address every argument that some lawyer might stand up here and throw at you, as long as—I think the other half of Burn Clause— as long as the decision appears to be a reasoned one, getting, again, from the facts found to the choice made. And our contention is that we don't know. As counsel to a client, I really am not absolutely certain that—usually you have a sense about how your client will do. If an appeal is successful, we'll go back. They'll apply the law correctly. We'll probably do better. I really don't know for sure, in this case, because I don't know how the board got to the number they got to. They don't count. That's the essence of it. Focusing on—well, there are really two different questions, it seems to me, that you're pointing at. One is, did the board consider each of the six—is it six points? Yes, six points that are spelled out in the regulation. The second is, upon considering those, how did it get from consideration of those points to the number? Setting the second aside, because as I think you've suggested, coming up with a number in this situation is—there's a certain amount of guesswork in it. It's not an algorithm that you can just sort of turn in and you come up with $6,000 as the right number. But the first argument, which is what you principally press, that they simply didn't consider certain of the factors, although they did seem to have considered others, what would you think ought to be added to the board's opinion to be minimally sufficient to satisfy consideration? Is it factor four? Would it be—let me ask the question this way—would it be sufficient, in your view, legally sufficient, not perhaps factually satisfactory, but legally sufficient if they had simply said, we believe that withholding the benefits would not nullify the objective for which the benefits were intended? That's the factor four. I don't think I'd be quite happy to accept that. What legally would be required more than that? Well, what would be required? What, in addition to that, would the board have to say? Well, I think it goes a little bit back to the part that you wanted to set aside, Your Honor, that if we're to understand that the factor has been considered, which means weighed and a reasoned decision made about it, I think we have to see the reason. And if the court simply says, well, as they did, for example, with hardship standard, the wife lost her job in 2001, and he's much iller than he was, and the recent financials look like it would be a hardship, and therefore—well, actually, what you don't get is the therefore. That's what we're missing. The board never says, because of these facts, this is why we decided this. And I think on the one that they omitted, they would have to say the purpose of the pension, non-service-connected disability pension is X. To recover this would form that purpose because— Well, what would be the kind of because that would be necessary to put in there? Well, I'm looking for standards because what happens in these cases, and you can appreciate this, is that the arguments, because we're not jurisdictionally permitted to address the application of a lot of fact, of factual questions, the arguments always get served up to us as purely legal questions. Was there a legal defect in what the board did? So we're required to say, taking a legal template and putting it down over what the board did, where's the defect in what the board did? What's the inadequacy? And it seems to me that the argument that's typically made is that there is something missing in a case such as this. You have to actually say something about each of these factors as a legal matter. And what I'm trying to get from you is, is there something more that is legally required than simply saying you have to mention each of these factors and say we've considered this factor and we think that it justifies the following outcome. And you seem to be saying something more is required. Yes, sir. And that's where I'm— I believe there is, and I believe the more that's required is the rational connection between the facts that they talk about and the decision they make on that factor. Or at least, I mean, obviously the factors are going to combine. It's not that one factor will necessarily be dispositive. But I think they have to say, on hardship, for example, the wife lost her job in 2001. We cite this fact, this fact, this fact. Here's how that shakes out as far as the hardship. Here's how the balance falls. That is, the balance falls in favor of the veteran, in favor of waiving all of it, in favor of waiving some of it. On the question of the one they overlooked, the purpose of the pension— But, Mr. Bolzner, in this particular factual case, it's very understandable why the board doesn't go to all of the factors you said. Your client made a mistake in reporting income and still recovered half of his indebtedness. Somebody who didn't make a mistake and was fully honest right from the outset would have had to pay the entire indebtedness. The board has a little difficulty in the leniency it showed to you and the law that it invariably applies to others. And, therefore, maybe they're a little embarrassed to say how kind they were to you when they're a little tougher on everyone else. And you want them, nonetheless, to explain to all those other people the reason you get the law? The predicate for any waiver decision is that there has been an overpayment. I mean, if there's a debt there that's to be— Well, I think it's very— If somebody has made an act, then somebody has gotten something that we're entitled to. If your client had, from the outset, accurately reported the trust fund income, he would have paid the—there would have been no case, right? He would have paid the entire amount. Well, or conversely, he would not have been paid the pension. Right. Exactly. It would not have been the overpayment. You're exactly right. There would have not—he would have been out the entire amount. Right. That's correct. But that's always the case. And yet you get a considerable act of leniency on the part of the board. Maybe we should send it back and tell the board to apply the law instead of being Solomonaic. Well, that's what I alluded to earlier, Your Honor, because that could very well happen. And that's why I'm saying I'm a little bit uneasy standing here because I don't know how the board got to the number it got to. If I knew that the board had failed to do this or—the board hasn't told us it's behind a curtain. So I don't know how they got to the number they got when it goes back. Suppose I said—suppose the board said, well, here we are. This much has been repaid. We're just going to split the difference in the kindness of our heart. Would you still be here? I might be. I'd be probably less likely to be here. I might be here because they have to do it out of the kindness of their heart. That is, in which I think the statute words or the regulation words is equity and good conscience, kind of what it comes down to. But they have to do it in the context of an analysis of these things. And, for example, in hardship, they're supposed to look at some specific things, namely whether the recovery of the debt would impair the ability of the family to meet life's basic necessities. The board doesn't talk about that at all. The board mentions fact A, fact B, and fact C and says, OK, there'd be some hardship if we collect the rest of the debt. What about what they already collected? There's nothing that precludes the board from saying, we've already overcollected more than we probably should have in equity and good conscience. In answer to Judge Rader's question, I don't know what the board might do. They might apply the law. They might go through all the factors. They might say, you know, we were probably a little too lenient with this guy. I'm hopeful that they won't, because I think most of the factors cut in my client's favor, given the premise that all of these waiver decisions are made in the context of somebody having been overpaid to start with. There's always been an error of some form. So we're talking about how much of the error, if any, should be forgiven. And it might be that the board came back and said, we're not going to forgive you. We want to repay it all back. Let's hear from the other side. We're into your rebuttal time. Mr. Wellens. Thank you, Your Honor. May it please the court. This court does not have jurisdiction to entertain the appellant's appeal. However, to the extent the court determines that it does possess jurisdiction over this appeal, the decision of the Veterans Court should be affirmed and the appeal should be denied. Well, let's just suppose that the court or the board said, without issuing any opinion, all right, we'll waive the remaining $6,000. Would your position still be that that can't be reviewed in order to determine whether there is compliance with the statute which says you must consider all the factors? That case, Your Honor, would seem closer to the Morris opinion than this case. And if the appellant raised on appeal a legal interpretation that differed from the Veterans Court's interpretation, for example, if the Veterans Court said as a legal matter our interpretation of 7104 is that no discussion of those factors is required, and if there was an appeal of that interpretation of 7104, the court conceivably would have jurisdiction over that appeal. However, in this court, in this case, Your Honor, Well, you have jurisdiction then in either case, right? It's just that it might or might not result in some sort of substantive change. No, Your Honor. It's very clear. As stated, this court possesses no jurisdiction to, as has been stated earlier, entertain a question that reviews the Veterans Court's determination of fact or the application of fact to the law. In this case, the appellant does not dispute with any legal interpretation issued by the Veterans Court, nor does the appellant challenge the validity of any statute. In fact, the appellant is in agreement with the Veterans Court on the interpretation of 7104. The issue that he has raised is that he doesn't agree with the application of law to facts by the BVA, and that's a question that is outside of the court's jurisdiction. But there is no dispute over the proper interpretation of 7104 in this case. All of the parties and the Veterans Court all cited the factors set out in the all-day opinion, which is basically that the appellant's entitled to a statement of the basis for conclusions of fact and law and a statement that would facilitate judicial review. There's no dispute that that's the proper interpretation of 7104 in this case. What the appellant is essentially asking the court to do is to look beyond the Veterans Court opinion and review how the BVA applied the law, section 1.965, to the facts of this particular case, and that lies outside of this court's jurisdiction. To the extent that the legal argument made is that in order to comply with the requirements of the statute and in particular the regulation, you must specifically, the board must specifically advert to each of the six named factors in its opinion, must discuss in order to demonstrate consideration. That would really be a legal issue, would it not? If the assertion is solely that that is required to discuss them, that would be a legal issue. And one within our jurisdiction to decide. Again, I believe that would fall closer to the Morris case. However, Your Honor, it's very clear in this case that the arguments the appellant has raised, the factual questions are inextricably tied to the jurisdictional questions raised, which as in Cook, you can't really reach the jurisdictional questions in this case without also looking at the application of section 1.965 to the facts of this particular case. Didn't the board explicitly say in its opinion that it's required to consider all six? The board did state that it's required to consider all six, and the board in fact did. That suggests that it considered all six, doesn't it? Well, it did consider all six, and if you look at page 20 in the respondent's appendix, it's clear that the board set out all six factors and did consider them. What the appellant is challenging is the discussion the board had when it actually applied those six factors to the facts of this case. But the board in fact did consider all six factors. And for that reason, if the court does determine that it possesses jurisdiction over this case, the decision of the Veterans Court should clearly be affirmed. However, again, the court cannot reach that legal question without looking at the facts of this case. And under the controlling precedent of Cook, that is why the court does not possess jurisdiction to entertain this opinion. I'm having a hard time understanding what you mean, going back to my earlier question, what you mean by saying the court cannot address the legal argument without looking at the facts. Again, to repeat myself, if the sole argument were that as a legal matter, the board must explicitly discuss all six factors, if that's the legal argument that's made to us, plain and simple, wouldn't we have jurisdiction? Even though, of course, you'd have to look at the board's opinion to see if the board did in fact discuss all six factors. If the sole legal question, Your Honor, were a challenge to the interpretation of 71-4, which the court had in Morris, that would be within the court's jurisdiction. And apply that to my hypothetical. That would be so in my hypothetical, correct? That would be so in your hypothetical. So there would be jurisdiction over the you have to discuss each of the six factors argument. Of that sole legal question, yes, Your Honor. That's not the issue in this case. The issue in this case, the parties and the Veterans Court were all in agreement of what 71-4 requires, which is just a statement of the basis of determinations of factors. I don't think the parties are in agreement. If I understand the appellant's argument, I think the appellant's saying that more was required as a legal matter of the board than what happened in this case. And that is in specifically that there had to have been a discussion of factor number four, which is not in the board's opinion in hyperbole. They may be wrong. They may be right. But that's a legal argument, is it not? And over which the parties disagree. I mean you say the board was not required to have an express explicit treatment of factor number four. If I understand your argument correctly. Again, Your Honor, your hypothetical, as you stated, the court would have jurisdiction over that legal interpretation. That's correct. We do not believe that that is the issue in this case. In this case, the appellant has essentially attacked the application of law to the facts of his case. Regardless, if the court does decide it has jurisdiction over this case, it's very clear under Bernklau that there is no requirement of a rote recitation of all six factors. The opinion is entitled to a presumption that it's correct. And regardless, in this case, the board did actually set out and consider all six factors. Again, that's on page 20 of the response. So if the court does determine it has jurisdiction over this appeal, the decision of the Reddams Court is still due to be affirmed. Okay. Any more questions for Mr. Wellens? Thank you, Mr. Wellens. Mr. Berlesen? Just a couple of things, Your Honors. I did want to point out that it is not I, really, that contends that the factors are mandatory. That is, the 1.965a factors are mandatory for the board to talk about. The Court of Veterans' Appeals says the BVA must then address all the elements enumerated in 38 CFR 1.965a. That's the Reddams decision. And it has said at many times that it's a mandatory and you must address them. And I think going beyond what Judge Bryson pointed out, they have to consider them, yes, but they also have to talk about the fact that they consider them. That's how we know that they consider them. Lastly, I do want to stress the point that in addition to the failure to consider one of the factors itself, we believe that this decision falls short under Morris. I mean, the issue in Morris was did the board, did the court misinterpret 7104 when it said that the board doesn't have to consider the CUE claim? And this court found that's absolutely within our jurisdiction because the question is how did the court interpret 7104d.1 in terms of what it required from the board? It went on to say that the board actually had talked about CUE and so the veteran lost in that case. But our point is there is no connection drawn on any of these factors between the facts that the board talks about, few as they are, and the decision that they reach on any one of the factors. In the six paragraphs that talk about the waiver decision, the board decision, the word because is not used a single time, nor is its equivalent. There's no linkage between the facts they talk about and the decision they make on any of the factors, nor is there overall a because. And that, we think, in the Supreme Court's language in the motor vehicle case, is what's missing in this thing in addition to the failure to consider the factor. So we would ask that both of those things be addressed. Thank you very much. Thank you, Mr. Belzner. Mr. Wellens, case is taken under submission.